**UNITED STATES of America, Plaintiff–Appellee**

v.

**Luther JONES, Defendant–Appellant.**

**No. 11–50507.**

United States Court of Appeals, Fifth Circuit.

June 14, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

John D. Cline, Law Office of John D. Cline, San Francisco, CA, Stephen Gordon Peters, El Paso, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellant's motion for release pending sentencing is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.